**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ALEKSEI KIM, | |
| Petitioner, | Case No. 2:26-cv-00448 (BRM) |
| v. | |
| ERIC ROKOSKY, *et al.*, | **ORDER** |
| Respondents. | |

  **THIS MATTER** is before the Court on Petitioner Aleksei Kim's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 arguing his prolonged detention under 8 U.S.C. § 1225(b)(1) violates his constitutional rights. (ECF No. 1.) Respondents filed a response (ECF No. 4), and Petitioner replied (ECF No. 5). Also before the Court is Petitioner's Motion for a Temporary Restraining Order ("TRO"). (ECF No. 6.) Having reviewed and considered the parties' submissions filed in connection with the Petition and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

  **IT IS** on this 24th day of March 2026,

  **ORDERED** that Petitioner's § 2241 Petition (ECF No. 1) is **GRANTED**; and it is further

  **ORDERED** that Respondents shall provide Petitioner with a bond hearing before an Immigration Judge within seven (7) days of the date of this Order, at which the Government bears the burden of showing Petitioner is either a danger to the community or a flight risk; and it is further

**ORDERED** that the Motion for a TRO (ECF No. 6) is **DENIED without prejudice** in light of the relief provided; and it is further

**ORDERED** that Respondents shall update the Court in writing with the outcome of the bond hearing within three (3) days after it occurs; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

2